United States Bankruptcy Court
Southern District of Ohio
Eastern Division

| | | |
|---|---|---|
| In Re:   Robert & Mary Jo Mays | : | Chapter 13 |
| SSN(s):  XXX-XX-4995 | : | Case No: 2:11-bk-59058 |
| XXX-XX-9738 | | |
| Debtors | : | Judge Caldwell |

## MOTION FOR DIRECT PAY

Now comes Debtors and move the Court for an Order for Debtors to directly pay plan payments to the Chapter 13 Trustee in the amount of **$1982.09**, for the reason that Debtors' income is from their **Pension.**

Debtors shall mail said plan payment, by money order or certified check, to the Chapter 13 Trustee for application to the Chapter 13 plan.

WHEREFORE, Debtors respectfully request that the Court approve Motion for Direct Pay.

Respectfully Submitted,
*/s/ Wendi A. Henderhan (0078734*
Wendi A. Henderhan
100 E. Campus View Blvd. Suite 250
Columbus, OH 43235
(614) 738-9694 Phone
(614) 438-4094 Fax
Wendi@HenderhanLaw.com

## NOTICE OF MOTION

Debtor(s) has filed papers with the Court to obtain an Order on a Motion for Direct Pay.
**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215 OR your attorney must file a response using the Court's ECF system.

The Court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to:
• Frank Pees, Chapter 13 Trustee, 130 E. Wilson Bridge Rd #200, Worthington OH 43085
• US Trustee, 170 N. High St #200, Columbus OH 43215
• Wendi A. Henderhan, 100 E. CampusView Blvd. Suite 250, Columbus, OH 43235

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the **motion** and may enter and Order granting that relief without further hearing or notice.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2012 a copy of the foregoing **Motion for Direct Pay** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

Frank M. Pees, Chapter 13 Trustee
U.S. Trustee

And on the following by **ordinary U.S. Mai**l addressed to:
Robert & Mary Jo Mays
50 Roland Ct.
Pataskala, OH 43062

                                              */s/ Wendi A. Henderhan*
                                     **Wendi A. Henderhan (0078734)**