THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Robert D Mays  
       Mary Jo Mays

CASE NO: 12-59058

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

## NOTICE OF INTENTION
## TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Cla

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00050 | Wells Fargo Bank, NA<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA  50328-0001 | 2,229.00 | 100.00 | Supplemental Secured |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for t amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orde

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor name the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure. Unless w twenty-one (21) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing i with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

Dated: December 02, 2016

/s/Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee  
130 East Wilson Bridge Road #200  
Worthington, Ohio 43085  
(614) 436-6700  
trustee@ch13.org

# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  Robert D Mays  
        Mary Jo Mays

CASE NO: 12-59058

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

## CERTIFICATE OF SERVICE

I hereby certify that on December 02, 2016, a copy of the foregoing Notice of Intention to Pay Additional Claim was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

**Notice will be electronically mailed to:**

Asst US Trustee (Col)  
Frank M. Pees  
Wendi Henderhan

**and on the following by ordinary U.S. Mail addressed to:**

Robert D Mays  
Mary Jo Mays  
50 Roland Court  
Pataskala, OH  43062

Wells Fargo Bank, NA  
1 Home Campus  
MAC X2303-01A  
Des Moines, IA  50328-0001